**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JEANNIE DEJESUS,

    Plaintiff,

v.                                                           Case No: 8:13-cv-634-T-30TBM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____

## ORDER OF DISMISSAL

Before the Court is the Unopposed Motion to Dismiss Complaint (Dkt. #14).

Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Unopposed Motion to Dismiss Complaint (Dkt. #14) is GRANTED.

2. This cause is dismissed with prejudice.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 7th day of August, 2013.

                                                                            JAMES S. MOODY, JR.
                                                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cv-634 dismiss 14.docx